UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barbara A. Grant,                              CASE NO. **14-cv-03207-WHO**
          Plaintiff,

v.
                                    STIPULATION AND ORDER SELECTING
                                    ADR PROCESS

Experian Information Solutions, Inc., et al,

          Defendants.
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**

        ☐    Private ADR (*please identify process and provider*)
        _____

_____

The parties agree to hold the ADR session by:

        90 *days from the date of the order referring the case to an ADR process.*

        _____


Dated: September 30, 2014                              */s/ Mark F. Anderson*
                                                                         Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

**ORDER**

X     The parties' stipulation is adopted and IT IS SO ORDERED.

☐     The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: October 3, 2014

_____
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

Page 3 to Stipulation to ADR in *Grant v Experian Information Solutions, Inc.,* No. 14-cv-03207-WHO

/s/ *Thomas P. Quinn*, SBN 132268
NOKES & QUINN
410 Broadway, Ste 200
Laguna Beach, CA 92651
Ph: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com              Attorneys for Equifax Information Services LLC

*/s/ Andrew M. Lehmann*
(admitted Pro Hac Vice)
Schuckit & Associates, P.C.
34545 Northwestern Drive
Zionsville, IN 46077
Ph: 317.363.2400
Fax: 317.363.2257
Email: DMiller@schuckitlaw.com

*/s/ Monica Katz-Lapides*
Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com      Attorneys for Defendant Trans Union, LLC

/s/ *Katherine A. Klimkowski* (SBN 263009)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Ph: 949.851.3939
Fax: 949.553.7539
Email: kaklimkowski@jonesday.com          Attorneys for Experian Information Solutions, Inc.