UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BARBARA A. GRANT<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | No. C 14-3207 WHO<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     January 21, 2015<br>Mediator: Charles McClain |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative from appearing in person at the January 21, 2015, mediation before Charles McClain is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 20, 2015            By: _____
Dated                            Maria-Elena James
                                 United States Magistrate Judge